UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 4:11-CR-1-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DAMIEN EDWARD MITCHELL, | ) | |
| Defendant | ) | |

This matter is before the Court on Defendant's Motion to Seal, requesting that Defendant's Second Motion to Continue Sentencing be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Second Motion to Continue Sentencing, DE #39.

This 19th day of January 2012.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE