UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 4:11-CR-1-1H

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DAMIEN EDWARD MITCHELL, | ) | |
| Defendant | ) | |

This matter is before the Court on motion of Defendant to continue the sentencing in the above case presently scheduled for February 14, 2012 in Greenville.

IT IS HEREBY ORDERED that sentencing case is hereby CONTINUED to April 10, 2012, in Greenville, North Carolina.

This 19th day of January 2012.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE